UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Westchester Fire Insurance Company, | Court File No.: 09-CV-3184 (PAM/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| North Star Beef, Inc. and Action Capital Corporation, | |
| Defendants. | |

---

**IT IS HEREBY ORDERED**:

Based upon the Stipulation of the parties hereto (Doc. No. 13), Plaintiff Westchester Fire Insurance Company shall deposit $140,877.14 with the Clerk of this Court, and the Clerk is ordered to promptly and properly invest the funds so that interest may accrue for the benefit of the Defendant-Claimants herein. Upon the Clerk's receipt of the $140,877.14 from Westchester Fire, Westchester Fire shall be released and discharged from any further liability relative to the Defendant-Claimants' claims, past, present, and/or future, involving the Livestock Market Agencies, Dealers, and Packers Bond, No. K08116891, that Westchester Fire issued on behalf of North Star Beef, and Westchester Fire shall be dismissed from this action.

Date: March 17, 2010            s/Paul A. Magnuson
                                                           Honorable Paul A. Magnuson
                                                           United States District Judge